IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

9/21/23

TRAXCELL TECHNOLOGIES, LLC,

    Plaintiff,

v.

HELBIZ, INC.,

    Defendant

Civil Action No. 22-cv- 1:22-cv-08128

**JURY TRIAL DEMANDED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/21/2023

MEMO ENDORSED

*Handwritten annotation:* All proceedings in this action are stayed. In the face of the automatic stay, the court lacks authority to rule on the pending motions. All pending motions are placed on the court's suspense docket. Counsel for Plaintiff shall update the court every 120 days as to the status of the Traxcell bankruptcy and shall advise the court if and when there comes a time at which the court can adjudicate the pending motions.

*[signature]*

**NOTICE OF SUGGESTION ON PENDENCY OF BANKRUPTCY FOR TRAXCELL TECHNOLOGIES, LLC AND AUTOMATIC STAY OF PROCEEDINGS**

**PLEASE TAKE NOTICE** that, on September 19, 2023, Traxcell Technologies, LLC (the "Debtor" filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Western District of Texas (the "Bankruptcy Court"). The Debtor's chapter 11 case is pending before the Honorable Shad M. Robinson, United States Bankruptcy Judge, and is being administered under the case *In re: Traxcell Technologies, LLC*, Case No. 23-10771 (the "Chapter 11 Case"). A copy of the voluntary petition of the Debtor, Traxcell Technologies, LLC, is attached hereto as **Exhibit A**. The voluntary petition was filed by Traxcell's attorney, Charles R. Chesnutt, Charles R. Chesnutt, P.C. 2608 Hibernia Street, Office 107, Dallas, TX 75204, 972-248-7000.

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 362(a) of the Bankruptcy Code, the Debtor's filing of their respective voluntary petitions gives rise to a stay, applicable to all entities, of, among other things: (a) the commencement or continuation of any judicial, administrative, or other action or proceeding against the Debtor (i) that was or could have been commenced before the commencement of the Chapter 11 Cases or (ii) to recover a claim against the Debtor that arose before the commencement of the Chapter 11 Cases;

(b) the enforcement, against any of the Debtor or against any property of each of the Debtor's bankruptcy estates, of a judgment obtained prior to the commencement of the Chapter 11 Cases; and (c) any act to obtain possession of property of or from any of the Debtor's bankruptcy estates, or to exercise control over property of any of the Debtor's bankruptcy estates.[1] No order has been entered in the Chapter 11 Cases granting relief from the automatic stay with respect to the above-captioned cases.

**PLEASE TAKE FURTHER NOTICE** that pleadings filed in the Chapter 11 Cases may be obtained by visiting the Court's website at http://www.txs.uscourts.gov/ (PACER login and password required) in accordance with the procedures and fees set forth therein. Additionally, if you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://ecf.txwb.uscourts.gov or at the Clerk's Office, 903 SAN JACINTO, SUITE 322, AUSTIN, TX 78701.

Respectfully submitted,

**Ramey LLP**

/s/ David J. Hoffman
David J. Hoffman
254 W 15th St., Apt. 2C
New York, New York 10011
(917) 701-3117 (telephone)
djhoffman@djhoffmanlaw.com

Ramey LLP
William P. Ramey, III (Pro Hac Vice anticipated)
Texas State Bar No. 24027643
5020 Montrose Blvd., Suite 800

---

[1] Nothing herein shall constitute a waiver of the Debtor's rights to assert any claims, counterclaims, defenses, rights of setoff or recoupment, or any other claims against any party to the above-captioned cases. The Debtor expressly reserve all rights to contest any claims that may be asserted against the Debtor.

Houston, Texas 77006
(713) 426-3923 (telephone)
(832) 900-4941 (fax)
wramey@rameyfirm.com
***Attorneys for Traxcell Technologies, LLC***

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure, I hereby certify that all counsel of record who have appeared in this case are being served on this day of September 20, 2023, with a copy of the foregoing via e-mail.

/s/ William P. Ramey, III
William P. Ramey, III